UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHAFFEE,<br><br>      Plaintiff,<br><br>   vs.<br><br>DAVID CHIU, et al.,<br><br>      Defendants. | Case No.: C-11-05118-YGR<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO PLEAD AND SETTING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed Plaintiff's Second Ex Parte Application for Extension of Time to Plead. (Dkt. No. 37.) The Court **GRANTS** this second request and Plaintiff must file his amended complaint by June 22, 2012. This Order terminates Dkt. No. 37.

The parties are further notified that pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on Monday, July 23, 2012, at 2:00 p.m., at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland. The parties must file case management conference statements fourteen (14) days in advance of the case management conference date; although separate statements will be permitted pursuant to the Court's Standing Order in Civil Cases, a joint statement is encouraged. The statement(s) must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, Defendant shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND

CMC Order and Civil L.R. 16-10(b).  Plaintiff shall be prepared to address the same topics.  Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED.**

Dated: May 25, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**