UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHAFFEE,<br><br>           Plaintiff,<br><br>     vs.<br><br>DAVID CHIU, et al.,<br><br>           Defendants. | Case No.: C-11-05118-YGR<br><br>**ORDER GRANTING PLAINTIFF'S THIRD EX PARTE APPLICATION FOR EXTENSION OF TIME TO PLEAD AND REQUIRING THAT PLAINTIFF FILE MOTION FOR LEAVE TO AMEND WITH PROPOSED SECOND AMENDED COMPLAINT** |

The Court has reviewed Plaintiff's Third Ex Parte Application for Extension of Time to Plead. (Dkt. No. 41.) The Court **GRANTS** Plaintiff's request for another extension to file his Second Amended Complaint. This Order terminates Dkt. No. 41.

Plaintiff is hereby **ORDERED** to file a Motion for Leave to Amend addressing the legal basis for why Plaintiff should be permitted to include the allegations he seeks to include. Plaintiff shall attach a copy of the proposed Second Amended Complaint with this motion. Plaintiff's motion and proposed Second Amended Complaint shall be filed no later than July 23, 2012 and noticed for hearing pursuant to the Civil Local Rules.

**IT IS SO ORDERED.**

Dated: June 25, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**