UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHAFFEE,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID CHIU, et al.,<br><br>    Defendants. | Case No.: C-11-05118-YGR<br><br>**ORDER REGARDING PLAINTIFF'S LETTER (DKT. NO. 68)** |

The Court has received Plaintiff's letter dated September 2, 2012 regarding the Court's Case Management and Pretrial Order. (Dkt. No. 68.) The Court notes that Plaintiff's letter should have been filed as a motion for administrative relief. Civ. L.R. 7-11. The Court will treat Plaintiff's letter as a motion for administrative relief and will issue an Amended Case Management and Pretrial Order.

In the future, requests with respect to miscellaneous administrative matters should be filed as motions for administrative relief. In addition, while any communications with the assigned Judge in this case must be shared with opposing counsel, communications regarding this matter should be filed with the Clerk's Office for entry into the court record and not mailed directly to Chambers. Chambers copies of <u>filings</u> may still be mailed directly to Chambers. Plaintiff should consult with the Courtroom Deputy if any clarification is needed.

**IT IS SO ORDERED.**

Dated: September 7, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**