CITY AND COUNTY OF SAN FRANCISCO          OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

FREDERICK P. SHEINFIELD
Deputy City Attorney

Direct Dial:   (415) 554-3872
Email:         Rick.Sheinfield@sfgov.org

October 24, 2012

Magistrate Judge Laurel Beeler
United States District Court
Northern District of California
450 Golden Gate Ave.,
Courtroom C - 15th Floor
San Francisco, CA 94102

    Re:    *Chaffee v. Chiu, et al.*, Case No. CV-11-5118 YGR

Dear Magistrate Judge Beeler:

    The Settlement Conference in the above-referenced matter is scheduled before you on Friday, November 16, 2012 at 10:30 a.m.

    Pursuant to your Notice and Order regarding the Settlement Conference, I am writing to seek your consent to excuse Defendant David Chiu from attending. Plaintiff claims that he was removed from a meeting of the San Francisco Board of Supervisors by Sheriff's Deputies and arrested in violation of his civil rights. Defendants deny the allegations. Plaintiff has sued David Chiu, President of the Board of Supervisors, who was chairing the meeting from which plaintiff was removed. Plaintiff has also sued the City and County of San Francisco, the Board of Supervisors and the San Francisco Sheriff's Department.

    A representative from the Sheriff's Department will attend the November 16, 2012 Settlement Conference with a Deputy City Attorney. However, on November 16, 2012, Mr. Chiu will be in Washington D.C. attending the National Asian Pacific American Annual Bar Association Conference and the National Progressive Municipal Network Conference. Mr. Chiu has already made and paid for his travel arrangements. Mr. Chiu will arrange to be available by telephone as needed. However, the Deputy City Attorney in attendance is authorized to speak for him at the Settlement Conference.

Very truly yours,

DENNIS J. HERRERA
City Attorney

Frederick P. Sheinfield
Deputy City Attorney

APPROVED
Judge Laurel Beeler

cc:    James Chaffee
    63 Stoneybrook Avenue
    San Francisco, CA 94112
    *Plaintiff*

FOX PLAZA · 1390 MARKET STREET, FLOOR 6 · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3837

n:\lit\li2012\120347\00805099.doc