UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES CHAFFEE, | No. C 11-05118 YGR (LB) |
|---|---|
| Plaintiff(s), | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| DAVID CHIU, ET AL., | |
| Defendant(s). | |

The court scheduled a settlement conference for November 16, 2012. On October 24, 2012, the City Attorney asked that Defendant David Chiu be excused based on a previously-scheduled conference in Washington, D.C. ECF No. 75. The court granted that request on November 5, 2012, overlooking Mr. Chaffee's objection that he filed on October 25, 2012. ECF Nos. 76, 77.

Under the circumstances (including that the only reason offered by the City Attorney was Mr. Chiu's conflict), the undersigned vacates the settlement conference and directs the parties to contact courtroom deputy Lashanda Scott at 415-522-3140 to schedule a conference when everyone is available.

**IT IS SO ORDERED.**

Dated: November 13, 2012

LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 11-05118 YGR (LB)